956

*Louis Kaye* for appellant.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr., Wendell P. Brown* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

FRED T. LEY, Appellant v. FRED T. LEY & CO., INC., Respondent.

Argued February 24, 1947; decided April 11, 1947.

*David B. Landis* and *Ross W. Lynn* for appellant.
*Reynold Drews* and *Francis B. Upham, Jr.* for respondent

Judgment affrmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.